# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 340 WAL 2021

     Respondent      :

     :    Petition for Allowance of Appeal
     :    from the Order of the Superior Court

     v.      :

SHAKIR MOSI SMITH,      :

     Petitioner      :

COMMONWEALTH OF PENNSYLVANIA,     :    No. 341 WAL 2021

     Respondent      :

     :    Petition for Allowance of Appeal
     :    from the Order of the Superior Court

     v.      :

SHAKIR MOSI SMITH,      :

     Petitioner      :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 14th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.